**STATE of Maine**

v.

**Kirk BOYINGTON.**

Supreme Judicial Court of Maine.

Argued Nov. 21, 1986.
Decided Dec. 23, 1986.

R. Christopher Almy, Dist. Atty., Philip Worden (orally), Asst. Dist. Atty., Bangor, for plaintiff.

Tanous & Heitmann, Norman S. Heitmann (orally), Millinocket, for defendant.

Before NICHOLS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

### MEMORANDUM OF DECISION.

The defendant appeals from a judgment entered by the Superior Court, Penobscot County, upon a jury verdict convicting him of three counts of unlawful sexual contact, 17–A M.R.S.A. § 255 (Supp.1985). Contrary to defendant's contentions on appeal, no variance existed between the dates alleged in the indictment and the proof at trial entitling the defendant to judgment of acquittal, *see State v. Carmichael*, 444 A.2d 45, 47 (Me.1982), nor was it obvious error for the trial court to fail to declare a mistrial *sua sponte* for prejudicial surprise at trial, *State v. Greene*, 512 A.2d 330, 333 (Me.1986). Although the jury found the defendant not guilty of a separate count of assault, the verdicts were not irreconcilable, nor do they mandate reversal. *See State v. Snow*, 513 A.2d 274, 277 (Me.1986). Viewing the evidence in the light most favorable to the State, the jury rationally could have found beyond a reasonable doubt every element of the offense charged. *State v. Barry*, 495 A.2d 825, 826 (Me.1985). The defendant's remaining contention is wholly without merit.

The entry is:

Judgment affirmed.

All concurring.